**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

VIJAY VIJAY,                                      )
                                                     )
               Petitioner,               )
                                                     )
-vs-                                              )      NO. CIV-26-0172-HE
                                                     )
RUSSELL HOLT, et al.,                             )
                                                     )
              Respondents.              )

## JUDGMENT

In accordance with the order entered this date, the petition for writ of habeas corpus

pursuant to 28 U.S.C. § 2241 is granted in part.

**IT IS SO ORDERED**.

Dated this 6th day of March, 2026.

_____
JOE HEATON
UNITED STATES DISTRICT JUDGE